

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-468-062

**Effective Date of Registration:**
July 18, 2025

**Registration Decision Date:**
November 25, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | The Kitchen Witch |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | October 28, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Katherine Sara O'Keefe |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Canada |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Katherine Sara O'Keefe |
| | 10 Kingston Road, Apartment 85, Toronto, M4L 1S4, Canada |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Katherine Sara O'Keefe |
| **Email:** | kate.s.okeefe@hotmail.com |
| **Address:** | 10 Kingston Road, Apartment 85 |
| | Toronto M4L 1S4 Canada |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 18, 2025 |
| **Applicant's Tracking Number:** | KO2025071201 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-468-972

**Effective Date of Registration:**
July 18, 2025
**Registration Decision Date:**
December 01, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | The Autumn Witch |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | October 02, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **● Author:** | Katherine Sara O'Keefe |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Canada |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Katherine Sara O'Keefe |
| | 10 Kingston Road, Apartment 85, Toronto, M4L 1S4, Canada |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Katherine Sara O'Keefe |
| **Email:** | kate.s.okeefe@hotmail.com |
| **Address:** | 10 Kingston Road, Apartment 85 |
| | Toronto M4L 1S4 Canada |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | July 18, 2025 |
| **Applicant's Tracking Number:** | KO2025071202 |

**Correspondence:** Yes

